

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015

**9/21/2015**
**GARCIA, RICHARD DANIEL** Tr. Ct. No. 1043823-A          **WR-83,933-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

**RETURN TO SENDER**

☐ **NO LONGER AT THIS ADDRESS**
☐ **NOT AUTHORIZED**
☐ **PLEASE FORWARD**
☒ **CANNOT IDENTIFY**

RICHARD DANIEL GARCIA #1359355
USP BEAUMONT (F.B.O.P.)
U.S. PENITENTIARY
P. O. BOX 26030
BEAUMONT, TX 77720

BN3B 77720